BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-0489 KJM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| SOPHAL OUCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between the plaintiff, United States of America, and the defendant, Sophal Ouch, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Sophal Ouch's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   One 9mm caliber pistol, serial number 245PZ42251, manufactured by Browning Arms.

2. The above-listed property constitutes a firearm involved or used in a knowing violation of 18 U.S.C. § 922(g)(1).

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the
4   Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
5   secure custody and control.
6        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7   U.S.C. § 853(n), and Local Rule 171, the United States shall
8   publish notice of the order of forfeiture.  Notice of this Order
9   and notice of the Attorney General's (or a designee's) intent to
10  dispose of the property in such manner as the Attorney General
11  may direct shall be posted for at least 30 consecutive days on
12  the official internet government forfeiture site
13  www.forfeiture.gov.  The United States may also, to the extent
14  practicable, provide direct written notice to any person known to
15  have alleged an interest in the property that is the subject of
16  the order of forfeiture as a substitute for published notice as
17  to those persons so notified.
18            b.   This notice shall state that any person, other than
19  the defendant, asserting a legal interest in the above-listed
20  property, must file a petition with the Court within sixty (60)
21  days from the first day of publication of the Notice of
22  Forfeiture posted on the official government forfeiture site, or
23  within thirty (30) days from receipt of direct written notice,
24  whichever is earlier.
25       5. If a petition is timely filed, upon adjudication of all
26  third-party interests, if any, this Court will enter a Final
27  ///
28  ///

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 24th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE